# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Mary White, | Case No.3:12-cv-04202-MEJ |
| Plaintiff, | |
| v. | **(Proposed) ORDER GRANTING MOTION TO CONTINUE THE DEADLINES FOR THE 26F CONFERENCE, ADR STIPULATIONS, AND CASE MANAGEMENT CONFERENCE** |
| Cawley & Bergman, LP, | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS the Joint Motion to Continue the Deadlines for the 26f Conference, ADR Stipulations, and Case Management Conference.

It is hereby ORDERED, ADJUDGED, and DECREED that the deadlines set by this Court on August 9, 2012 are modified as follows:

Deadline for 26f Conference     __12/5/2013_____

Deadline to file the ADR Certification and Stipulation     __12/27/2012_____

Case Management Conference is set for __1/17/2013___ at __10:00 a.m., Court__room B, 15th Flr.

A Joint Case Management Statement is due no later than 1/10/2013.

**IT IS SO ORDERED.**



Judge, U.S. District Court
Northern District of California
Judge Maria-Elena James

Proposed Order- 1