UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARY WHITE, | No. C 12-04202 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| CAWLEY & BERGMAN, LLP, | |
| Defendant. | |
| _____/ | |

The parties shall file a joint case status report or dismissal by February 25, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**